MICHEL BERNARD CANTRELLE and others *v.* JULIEN COLVIS and another.

APPEAL from the Parish Court of New Orleans, *Maurian*, J.
*Canon*, for the appellants.
*Benjamin*, for the defendants.

MORPHY, J. This case is not to be distinguished from that of the same plaintiffs against Erasme Le Goaster, just decided. On the grounds therein set forth, the same judgment must be rendered.

*Judgment affirmed.*